UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BENNETT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DARON FORBES; and WE ARE VOLLEYBALL ELITE,<br><br>　　　　　　　　　Defendants. | Case No.: 17cv464-MMA (KSC)<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 51] |

On February 8, 2019, Plaintiff Andrew Bennett and Defendants Daron Forbes and We Are Volleyball Elite jointly filed a stipulation of dismissal of the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 51 at 2. Accordingly, this case is **DISMISSED WITH PREJUDICE**. Each party must bear its own attorneys' fees and costs. The Court declines to retain jurisdiction to enforce the settlement agreement between the parties. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: February 11, 2019

Hon. Michael M. Anello
United States District Judge